# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

HONGAI WANG,

      Petitioner,

    v.

CHRISTOPHER J. LAROSE; et al.,

      Respondents.

Case No.: 26-cv-01079-DMS-DEB

**ORDER ON JOINT MOTION TO DISMISS**

Having considered the parties' Joint Motion to Dismiss, and finding good cause, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

Dated: March 5, 2026

_____

Hon. Dana M. Sabraw
United States District Judge